JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AVILA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ, *Warden*,<br><br>　　　　Respondent. | Case No. LA CV 14-9460 AB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Deny Petition for Writ of Habeas Corpus and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: November 22, 2017　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE